AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| Natural Hair Growth Centers of Arizona, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 19cv0026-H-BGS |
| Angela Edmund; Edmund's Holdings, LLC | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/23/2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 6/10/2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natural Hair Growth Centers of Arizona, LLC<br><br>**Plaintiff,**<br><br>v.<br><br>Angela Edmund; Edmund's Holdings, LLC<br><br>**Defendant.** | Civil Action No. 19cv0026-H-BGS<br><br>**DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grants Plaintiff's Renewed Motion for Default Judgment. Judgment is entered in favor of Plaintiff and against Defendants. Court awards Plaintiff $45,000 in statutory damages and $8,746.92 in attorney's fees and costs. The case is closed.

Date: 5/23/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ J. Haslam

J. Haslam, Deputy